# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VERONICA DELPH                                                  PLAINTIFF

v.                      No. 4:17-cv-542-DPM

UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES AND MELVIN
KIRKWOOD, Assistant Manager, UAMS           DEFENDANTS

## ORDER

**1.** Delph's motion to proceed *in forma pauperis*, № 1, is granted. She has little income, several debts, and few assets.

**2.** The Court must screen Delph's complaint. 28 U.S.C. § 1915(e)(2). She alleges discrimination during her work as a cashier at UAMS and in her firing. She makes claims under many federal anti-discrimination statutes and under state law.

The Court needs more information. Delph must provide details — specific facts — about how UAMS and her supervisor allegedly discriminated against her. She must provide facts for each claim. A

conclusion that discrimination occurred isn't enough to keep a claim alive.

3. Amended complaint with particulars due by 29 September 2017. To complete the record, Delph must also attach a copy of her EEOC charge No. 493-2017-01107 to her amended complaint. If Delph does not amend and give specifics, the Court will dismiss her complaint without prejudice as conclusory.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2017