# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VERONICA DELPH                                                PLAINTIFF

v.                     No. 4:17-cv-542-DPM

UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES AND MELVIN
KIRKWOOD, Assistant Manager, UAMS        DEFENDANTS

## ORDER

1. Delph's amended complaint adds some facts that show two plausible, albeit thin, claims: disparate treatment based on race under Title VII and the Arkansas Civil Rights Act; and retaliation for her first EEOC charge under Title VII and the Arkansas Civil Rights Act. All her other claims are dismissed without prejudice.

2. Ordinarily the Court would order the Marshal to handle service for a *pro se* litigant. But Delph has requested and received summons and amended summons. So she must serve UAMS and Kirkwood pursuant to Federal Rule of Civil Procedure 4 and file returns of service pursuant to Local Rule 4.1.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*12 October 2017*