# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VERONICA DELPH                                              PLAINTIFF

v.                         No. 4:17-cv-542-DPM

MELVIN KIRKWOOD, In His
Official Capacity as Assistant
Manager, UAMS                                               DEFENDANT

## ORDER

Delph's motion to set aside the Court's prior Order is denied. № 23. Kirkwood and former-defendant UAMS moved to dismiss Delph's entire complaint. № 11. The Court concluded that some of Delph's claims fail at the door and that two of her claims survive. № 21 at 3. The Court stands by its conclusion and reasoning. The case will go forward on Delph's Title VII race discrimination and retaliation claims.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 April 2018