# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VERONICA DELPH                                                            PLAINTIFF

v.                         No. 4:17-cv-542-DPM

MELVIN KIRKWOOD,
Assistant Manager, UAMS                                   DEFENDANT

## ORDER

The Court received the attached letter from Delph. If Delph has answered Kirkwood's discovery requests, she must file a copy of her answers with the Clerk by 31 August 2018. The Court will hold a one-hour hearing on Kirkwood's Motion to Compel, № 30, at 9:00 am on 18 October 2018 in courtroom B-155 of the Richard S. Arnold United States Courthouse at 600 West Capitol Avenue, Little Rock, Arkansas, 72201. Delph and counsel for Kirkwood must attend.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2018

August 13, 2018

VERONICA DELPH
420 Napa Valley Drive Apt# 6103
Little Rock, Arkansas 72211

The Defendant's Attorney
the Board of trustee of
the University of Arkansas
Sherri L. Robinson
Associate General Counsel
Univ. of Arkansas for Medical Sciences
4301 West Markham, Slot 860
Little Rock, Arkansas 72205

RE: *Veronica Delph vs. (UAMS) UNIVERSITY OF ARKANSAS*
*For Medical Sciences, Melvin Kirkwood*
*Assistant Manager for UAMS*

### A LETTER WRIT TO THE ATTORNEY OF ROCORD

Dear Sherri L. Robinson

    This is my second attempt to contact you about my request for more information regarding the interrogatories pursuant to Federal Rules of Civil Procedure you have not sent me more information regarding the interrogatories. It appear that you are trying to misdirect the Court to make it appear that I did not answer the interrogatories at all. I am still requesting more information regarding the interrogatives you have already received.

It appear that you are being untrue and being dishonest by making the court think I did not answer any of the interrogatives to the best of my knowledge.

It appear to be frivolous clearly lacking in substance; clearly insufficient as a matter of law so I am requesting for more information regarding the interrogatories.

The interrogatories in civil actions, a pretrial discovery tool in which written questions are propounded by one party and served on the adversary, who must serve written replies thereto under oath. 149 A. 761. "Interrogatories" can only be served on parties to the action, and while not as flexible as depositions, which include opportunity of cross-examination, they are a good and inexpensive means of establishing important facts held by the adversary. After saying all of that and that is why I need more information regarding the Interrogatories that was send by Defendant's Attorney Sherri L. Robinson and I sent the Answer of the Interrogatories to the Defense Attorney Sherri L. Robinson for University of Arkansas for Medical Sciences, et al., also you can send me more information regarding the Interrogatories at your earliest convenience.

Sincerely,

Veronica Delph

Cc: Honorable Judge Marshall
   The United States District Judge of
   The Eastern District of Arkansas
   Western Division
   Richard Sheppard Arnold United State Courthouse
   500 West Capitol Avenue
   Little Rock, AR 72201