# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VERONICA DELPH                                          PLAINTIFF

v.                      No. 4:17-cv-542-DPM

MELVIN KIRKWOOD,
Assistant Manager, UAMS                            DEFENDANT

## ORDER

Delph hasn't responded to the pending summary judgment motion, № 41. The deadline has passed. If Delph doesn't respond by 7 May 2019, the Court will consider the motion on the current papers. If she responds, Delph must also explain why her filing is late.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

30 April 2019