# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VERONICA DELPH                                                     PLAINTIFF

v.                          No. 4:17-cv-542-DPM

UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES and MELVIN
KIRKWOOD, Assistant Manager, UAMS            DEFENDANT

## JUDGMENT

**1.** Delph's Title VII race discrimination and retaliation claims against Kirkwood are dismissed with prejudice.

**2.** Delph's other claims against Kirkwood are dismissed without prejudice.

**3.** Delph's claims against UAMS are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019